MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FAITH BURLINGAME,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 2:18-CV-02235-WBS-DB<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Faith Burlingame ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Defendant"), hereby jointly move for an extension for Defendant to file its responsive pleading based on the following facts:

    1.    Plaintiff served the Complaint on August 20, 2018;

    2.    Defendant's deadline to respond to the Complaint was September 10, 2018;

    3.    Plaintiff and Defendant entered into a stipulation to postpone the response deadline to October 8, 2018;

4. Plaintiff and Defendant are engaged in settlement discussions and jointly move to extend the response deadline to November 16, 2018.

IT IS SO STIPULATED.

DATED: October 8, 2018     SAGARIA LAW, P.C.

By: */s/ Elliot Gale*
    Elliot Gale

Attorneys for Plaintiff FAITH BURLINGAME

DATED: October 8, 2018     SEVERSON & WERSON
    A Professional Corporation

By: */s/ Alisa A. Givental*
    Alisa A. Givental

Attorneys for Defendant WELLS FARGO BANK, N.A.

I, Alisa A. Givental, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Elliot Gale has concurred in this filing. */s/ Alisa A. Givental*

**ORDER**

Pursuant to the joint motion of plaintiff Faith Burlingame and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Defendant to respond to Plaintiff's complaint is hereby extended to November 16, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: October 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE