| | |
|---|---|
| 1 | Debra A. Miller, Esq.  (IN #27254-49) |
| |   *(admitted Pro Hac Vice)* |
| 2 | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| 3 | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| 4 | Fax:  317-363-2257 |
| | E-Mail:  dmiller@schuckitlaw.com |
| 5 | |
| | *Lead Counsel for Defendant Trans Union, LLC* |
| 6 | *Designated Counsel for Service* |
| 7 | |
| | Eileen T. Booth, Esq. (CSB #182974) |
| 8 | Kurtis J. Anders, Esq. (CSB #269333) |
| | Jacobsen & McElroy PC |
| 9 | 2401 American River Drive, Suite 100 |
| | Sacramento, CA  95825 |
| 10 | Telephone:  916-971-4100 |
| | Fax:  916-971-4150 |
| 11 | E-Mail:  ebooth@jacobsenmcelroy.com |
| |         kanders@jacobsenmcelroy.com |
| 12 | |
| | *Counsel for Defendant Trans Union, LLC* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| FAITH BURLINGAME,<br>         Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and WELLS FARGO BANK, N.A.;<br>         Defendants. | CASE NO. 2:18-cv-02235-WBS-DB<br><br><br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Faith Burlingame, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02235-WBS-DB**

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |

Date: <u>November 7, 2018</u>              */s/ Joseph Angelo (as authorized on 11/7/18)*
                                          Elliot Gale, Esq.
                                          Joseph Angelo, Esq.
                                          Scott J. Sagaria, Esq.
                                          Sagara Law, P.C.
                                          2017 Douglas Boulevard, Suite 200
                                          Roseville, CA  95661
                                          Telephone:   408-279-2288
                                          Fax:   408-279-2299
                                          E-Mail:  sjsagaria@sagarialaw.com
                                                       egale@sagarialaw.com
                                                       jangelo@sagarialaw.com

                                          *Counsel for Plaintiff Faith Burlingame*

Date: <u>November 13, 2018</u>             */s/ Debra A. Miller*
                                          Debra A. Miller, Esq.  (IN #27254-49)
                                             *(admitted Pro Hac Vice)*
                                          Schuckit & Associates, P.C.
                                          4545 Northwestern Drive
                                          Zionsville, IN  46077
                                          Telephone:  317-363-2400
                                          Fax:  317-363-2257
                                          E-Mail:  dmiller@schuckitlaw.com

                                          *Lead Counsel for Defendant Trans Union, LLC*

                                          Eileen T. Booth, Esq. (CSB #182974)
                                          Kurtis J. Anders, Esq. (CSB #269333)
                                          Jacobsen & McElroy PC
                                          2401 American River Drive, Suite 100
                                          Sacramento, CA  95825
                                          Telephone:  916-971-4100
                                          Fax:  916-971-4150
                                          E-Mail:   ebooth@jacobsenmcelroy.com
                                                        kanders@jacobsenmcelory.com

                                          *Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02235-WBS-DB**

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Faith Burlingame against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Faith Burlingame and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: November 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DISTRIBUTION TO:

| | |
|---|---|
| Elliot Gale, Esq. egale@sagarialaw.com | Joseph Angelo, Esq. jangelo@sagarialaw.com |
| Scott J. Sagaria, Esq. sjsagaria@sagarialaw.com | Alisa A. Givental, Esq. aag@severson.com |
| Donna Woo, Esq. dwoo@jonesday.com | Thomas P. Quinn, Jr., Esq. tquinn@nokesquinn.com |
| Eileen T. Booth, Esq. jhawkins@jacobsenmcelroy.com | Debra A. Miller, Esq. dmiller@schuckitlaw.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-02235-WBS-DB**

Page 3 of 3