Donna Woo (State Bar No. 312876)
dwoo@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FAITH BURLINGAME,<br><br>        Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.;<br>Equifax Information Services, LLC;<br>Trans Union LLC; Wells Fargo Bank, N.A.,<br><br>        Defendants. | Case No. 2:18-cv-02235-WBS-DB<br><br>**ORDER OF DISMISSAL** |

Having considered Plaintiff Faith Burlingame, Defendant Experian Information Solutions, Inc., ("Experian") and Wells Fargo Bank, N.A.'s ("Wells Fargo") Stipulation for Dismissal with Prejudice, and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED.**

Experian and Wells Fargo are hereby dismissed with prejudice, and there being no remaining defendants, the entire action is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

**Dated: February 26, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE